# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HARBOR COLD STORAGE, LLC, | CASE NO. C09-1252JLR |
| Plaintiff, | ORDER |
| v. | |
| STRAWBERRY HILL, LLC, | |
| Defendant. | |

Before the court is Defendant Strawberry Hill, LLC's ("Strawberry Hill") motion to dismiss for forum non conveniens (Dkt. # 22). The court has previously granted Strawberry Hill's motion to dismiss for lack of personal jurisdiction. Therefore, deeming further briefing and oral argument unnecessary, the court DENIES as MOOT Strawberry Hill's motion to dismiss for forum non conveniens (Dkt. # 22).

ORDER- 1

Dated this 9th day of November, 2009.

_____
JAMES L. ROBART
United States District Judge

ORDER- 2